# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEANN WIESNER, AND ON BEHALF
OF KATIE WIESNER (MINOR),
Appellant,
vs.
DANIEL WIESNER,
Respondent.

No. 65505

**FILED**

SEP 26 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On July 28, 2014, this court entered an order denying without prejudice appellant's application to proceed in forma pauperis. The order instructed appellant to first seek leave to proceed in forma pauperis in the district court. Further, the order cautioned appellant that failure to properly seek leave to proceed in forma pauperis in the district court or to pay the filing fee within 30 days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise communicated with this court. Accordingly, cause appearing, this appeal is dismissed.[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: Marie K. Linden

---

[1] In light of this disposition, any pending motions or documents are rendered moot.

cc: Hon. Kenneth E. Pollock, District Judge
DeAnn Justine Wiesner
Daniel Allan Wiesner
Eighth District Court Clerk